UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 1:98-CR-170
:
BERNARD SCOTT, JR., :
    Defendant :

*O R D E R*

AND NOW, this 1st day of February, 2018, upon consideration of Defendant's motion (Doc. 32) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, and in accord with the accompanying memorandum, it is ORDERED that:

1. Defendant's motion is DISMISSED without prejudice as time-barred.

2. A certificate of appealability is GRANTED based on the analysis in the accompanying memorandum.

3. The Clerk of Court shall close the file.

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge